UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE OSUNA,<br><br>            Plaintiff,<br><br>  v.<br><br>J. BURNES, et al.<br><br>            Defendant. | 1:24-cv-00793-SAB (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS*<br>OR PAY FILING FEE WITHIN 45 DAYS |

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff submitted an application to proceed in the district court without prepayment of fees. However since Plaintiff is a prisoner, an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 must be submitted.

      Accordingly, IT IS HEREBY ORDERED that:

      Within **forty-five (45) days** of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __July 10, 2024__

                                             UNITED STATES MAGISTRATE JUDGE