UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE OSUNA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. BURNES, et al.,<br><br>　　　　　Defendants. | 1:24-cv-00793-KES-SAB (PC)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Doc No. 14) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section § 1983.

On July 22, 2024, Plaintiff filed an application to proceed in forma pauperis. Inasmuch as the court previously granted Plaintiff's application to proceed in forma pauperis on July 16, 2024, it is HEREBY ORDERED that Plaintiff's application filed on July 22, 2024, is DENIED as MOOT.

IT IS SO ORDERED.

Dated: __July 24, 2024__　　　　　　　　　　　_/s/_
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1