UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

Jamie Osuna, CDCR # BD0868

Pl.,

Docket No.: 1:24-cv-00793-SAB (PC)

against

Pl. RESPONSE:
RE: EQUITABLE TOLLING

J. Burnes, et al

Defs.

**TO HON. STANLEY L. BOONE OF THE EASTERN DISTRICT OF CALIFORNIA:**

Pl. is submitting amended complaint 1:24-cv-00793-SAB (PC) in response to the screening order issued July 23, 2024. Under that order's section *C. Statue of Limitations*, Pl. requests equitable tolling, as based on the below information.

**Timely notice to the Def.:** Pl.'s allegations against Defs. has been exhausted through the administrative remedies/602 processes. Defs. were interviewed and able to respond, produce evidence and witnesses for their defenses during that process. Wardens also reviewed 602s and related investigative findings at the time of issuing their final decisions. Pl. has repeatedly, unwaveringly stated his intention to bring civil action for his allegations through that same 602 process, verbally and in writing to CDCR/CSP-COR, to CDCR's Office of Internal Affairs. These actions have allowed Defs. ample time to prepare/provide for their defense.

**Lack of prejudice to the Def.:** Equitable tolling will not unfairly disadvantage any Def. because evidence and related materials have been preserved through CDCR's investigations for the administrative remedies process, including referenced recorded investigative video and

phone interviews. Witnesses are available via being still currently employed by CDCR/CSP-COR, while other witnesses are still incarcerated within CDCR.

**Reasonable and good faith conduct by the Pl.:** Pl. fully exhausted the 602/administrative remedies process while serving extensive terms in SHU/RHU from around 2019-2024. SHU/RHU reduces/limits access to legal materials and research time. Equitable tolling may be granted where there has been an inability to file timely due to prison restrictions and consistent housing in segregation. Fogler v. Pierson, 435 F.3d 1252, 1258-59 (10th Cir. 2006.) Jones v. Blanas, 393 F.3d 918, 929 (9th Cir. 2004.)

From around 2020-2024, Pl. has been under continual PC 2602 orders (forced psychotropic medications), has been under court-declared incompetencies 2020-2022, and Pl. was held in a CDCR acute mental health unit/DSH in 2019. These circumstances delayed timelier filing. Fratus v. Deland, 49 F.3d 673, 675 (10th Cir. 1995.) Nieberger v. Hawkins, 208 F.R.D. 301, 311 (D.Colo. 2002.)

Pl. brings 1:24-cv-00793-SAB from 602 # 315792, which was fully exhausted in or around 07/2023, and by which date is within the statue of limitations. 315792 cited prior 602s/events, including a partially granted 602. Pl. cited these events to establish a chain of events of alleged retaliation over years by the same Defs. Pl. alleged these Defs. acted in conspiracy and cover-up when taking retaliatory actions against Pl. over Pl.'s protected rights to file 602s, to petition the government for redress of those grievances.

Pl. alleges retaliation began after a use of force incident in late 2018. Pl. then filed a 602 and complained about that incident. Pl. was then assaulted and threatened over the 602. This began a cycle where Pl. would file a 602/complaint and Defs. would allegedly physically assault, threaten or retaliate in other manners on Pl. for that 602/complaint. Pl. alleges that Def. J.

Burnes, and or others, had stated to Pl. that Def. J. Burnes and or other Defs. would stop retaliation when Pl. would stop filing 602s/give up his constitutionally protected rights. Pl. alleges that the adverse actions taken against him over years were not to advance a legitimate correctional goal and were unnecessary to the maintenance of the institution but intended to chill Pl.'s activities protected under the First Amdt. —namely, filing a § 1983. These alleged actions by Defs., including the confiscation of Pl.'s legal materials, unfavorable classification, extensive SHU/RHU terms, mail tampering, have successfully frustrated and impeded timelier filing.

Respectfully submitted on August 15, 2024

*/s/ Jamie Osuna*

p.p. Jamie Osuna, CDCR # BD0868

PO Box 3476 CSP-Corcoran

CA 93212