UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE OSUNA,<br><br>          Plaintiff,<br><br>     v.<br><br>J. BURNES, et al.,<br><br>          Defendants. | No. 1:24-cv-00793-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>Docs. 17, 20 |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

On August 19, 2024, plaintiff moved for a court order to restore his access to legal books and materials. Doc. 17. The Court construed plaintiff's motion as a request for a preliminary injunction and issued findings and recommendations to deny plaintiff's motion. Doc. 20. The assigned magistrate judge determined that the Court lacked jurisdiction to grant relief because the plaintiff had not yet stated a cognizable claim, thus, no defendant had been served or made an

1

1  appearance.[1] *Id.* at 4.  The findings and recommendations were served on plaintiff and contained
2  notice that objections were due within fourteen (14) days of service.  *Id.* at 4.  No objections have
3  been filed, and the time to do so has passed.

4      In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de
5  novo review of this case.  Having carefully reviewed the file, the court finds the findings and
6  recommendations to be supported by the record and by proper analysis.

7      ACCORDINGLY:

8      1. The findings and recommendations, filed on August 21, 2024, Doc. 20, are adopted in
9         full; and

10     2. Plaintiff's motion for injunctive relief, Doc. 17, is DENIED.

13 IT IS SO ORDERED.

14     Dated:    January 31, 2025

                                      UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's first amended complaint was subsequently screened and found to state certain cognizable claims.  Doc. 21.  Plaintiff elected to file a second amended complaint on November 14, 2024, which has not yet been screened.  Doc. 22.

2