# CDCR NOTICE OF E–SERVICE WAIVER

| Case Name | JAMIE OSUNA vs. J. BURNES |
|---|---|
| Case Number | 1:24–CV–00793–KES–SAB |
| Court | U.S. District Court, Eastern District of California, Fresno Division |

| DEFENDANT(S) NAME | WAIVER OF PERSONAL SERVICE | ADDITIONAL INFORMATION* (Please give reason for rejection, an alternative address where service can be accomplished or last known address, and other information including true name of defendant) |
|---|---|---|
| 1. Joseph A. Burnes | ☐ Yes ☐ No | |
| 2. E. Romero | ☐ Yes ☐ No | |
| 3. Kristin Kyle–Maytubby | ☐ Yes ☐ No | |
| 4. Vicente Pena | ☐ Yes ☐ No | |
| 5. Eric C. Sanchez | ☐ Yes ☐ No | |
| 6. Arnoldo Loza | ☐ Yes ☐ No | |
| 7. Jaime Alejo | ☐ Yes ☐ No | |
| 8. Carlos Navarro | ☐ Yes ☐ No | |
| 9. | ☐ Yes ☐ No | |
| 10. | ☐ Yes ☐ No | |
| 11. | ☐ Yes ☐ No | |
| 12. | ☐ Yes ☐ No | |
| 13. | ☐ Yes ☐ No | |
| 14. | ☐ Yes ☐ No | |
| 15. | ☐ Yes ☐ No | |
| 16. | ☐ Yes ☐ No | |
| 17. | ☐ Yes ☐ No | |
| 18. | ☐ Yes ☐ No | |
| 19. | ☐ Yes ☐ No | |
| 20. | ☐ Yes ☐ No | |

**\*CHOOSE FROM ONE OF THE FOLLOWING REASONS FOR NO WAIVER:**
Contractor, No Waiver on File, Defendant Unknown, or Other (state reason) and provide any other address if known.

| Print CDCR Contact Name and Telephone Number | Signature and Date |
|---|---|
| | |

*CDCR Notice of E–Service Waivers*  *(Rev. 09/2018)*