ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone:  (916) 210-6008
 Fax:  (916) 324-5205
 E-mail:  Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Burnes, Alejo, Maytubby (Kyle), Loza, Navarro,*
*Pena, Romero, and Sanchez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JAMIE OSUNA,**<br><br>                                    Plaintiff,<br><br>        **v.**<br><br>**BURNES, et al.,**<br><br>                                    Defendants. | 1:24-cv-00793 KES SAB<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Judge:        Hon. Stanley A. Boone<br>Trial Date:   Not set<br>Action Filed: June 28, 2024 |

**INTRODUCTION**

Defendants Burnes, Alejo, Kyle (Maytubby), Loza, Navarro, Pena, Romero, and Sanchez requests that this Court take judicial notice that Plaintiff Jaime Osuna is, and has been since May 2017, serving a sentence of life without the possibility of parole.  The attached abstract of judgment shows that Osuna's sentence is life without the possibility of parole.

**LEGAL AUTHORITY**

Judicial notice may be taken at any stage of the proceedings.  Fed. R. Evid. 201(d).  The Court may take judicial notice of facts that are not subject to reasonable dispute, and are either generally known or capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b).  Judicial notice is mandatory if

1

requested by a party when the Court is supplied with the necessary information.  Fed. R. Evid. 201(c)(2).  An abstract of judgment is an appropriate source to find information regarding information on California inmate sentences.  *See, e.g.*, *Brown v. Igi*, No. 2:11-cv-0389 DAD (PC), 2013 U.S. Dist. LEXIS 35704, at *11 (E.D. Cal. Mar. 13, 2013) (taking judicial notice of abstract of judgment and finding that Plaintiff was serving a sentence of eight years).

## LEGAL ARGUMENT

This Court should take judicial notice that Plaintiff Jaime Osuna is, and has been since May 2017, serving a sentence of life without the possibility of parole.  Defendants attach as Exhibit A the abstract of judgment, dated May 15, 2017, showing that Osuna was sentenced to life without the possibility of parole at that time.  The attached abstract of judgment is not subject to reasonable dispute, and is capable of accurate and ready determination from Kern County Superior Court—a source whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b).

## CONCLUSION

This Court should take judicial notice that Plaintiff Jaime Osuna is, and has been since May 2017, serving a sentence of life in prison without the possibility of parole.

Dated:  December 9, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/ Jeremy Duggan*

JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants*
*Burnes, Alejo, Maytubby (Kyle), Loza,*
*Navarro, Pena, Romero, and Sanchez*

SA2025305889
39505006.docx

2

Exhibit A

## ABSTRACT OF JUDGMENT—PRISON COMMITMENT—INDETERMINATE
### (NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-292 ATTACHED)

CR-292

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF:<br>KERN | **ENDORSED**<br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF KERN<br><br>MAY 1 5 2017<br><br>TERRY McNALLY, CLERK<br>BY_____DEPUTY |

PEOPLE OF THE STATE OF CALIFORNIA vs. DEFENDANT:   DOB: 03/07/1988

OSUNA, JAIME
AKA: LOKITO
CII NO.: A23379542
BOOKING NO.: SO 1964697     ☐ NOT PRESENT

☐ COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT     ☐ AMENDED ABSTRACT

BF139419A  -A
-B
-C
-D

| DATE OF HEARING | DEPT. NO. | JUDGE |
|---|---|---|
| 05/15/17 | 2 | JOHN S. SOMERS |

| CLERK | REPORTER | PROBATION NO. OR PROBATION OFFICER | ☐ IMMEDIATE SENTENCING |
|---|---|---|---|
| ANGIE RALLS | DIANE BAUMRUK | DANIEL BOAZ | |

| COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | ☑ APPTD. |
|---|---|---|
| NICHOLAS LACKIE | RICHARD TERRY AND TONY LIDGETT | |

1. Defendant was convicted of the commission of the following felonies:
   ☑ Additional counts are listed on attachment
   __2__ (number of pages attached)

| COUNT | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | CONVICTED BY JURY | CONVICTED BY COURT | CONVICTED BY PLEA | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | PC | 187(A)*/190.2 | FIRST DEGREE MURDER W/SPECIAL CIRCUMSTANCES | 2011 | 03 /28 / 17 | | | X | | | |
| 03 | PC | 664/187(A)/189 | ATTEMPTED MURDER W/SPECIAL CIRCUMSTANCES | 2012 | 03 /28 / 17 | | | X | X | | |
| | | | | | / / | | | | | | |
| | | | | | / / | | | | | | |
| | | | | | / / | | | | | | |
| | | | | | / / | | | | | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| COUNT | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| 3 | PC 12022.7 | (3 YRS) | PC 12022(B)(1) | (1 YR) | | | (4 | 0) |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Defendant was sentenced to State Prison for an INDETERMINATE TERM as follows:

4. ☑ LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts 1_____
5. ☑ LIFE WITH THE POSSIBILITY OF PAROLE on counts 3_____
6. a. ☐ 15 years to Life on counts _____   c. ☐ _____ years to Life on counts _____
   b. ☐ 25 years to Life on counts _____   d. ☐ _____ years to Life on counts _____
   PLUS enhancement time shown above
7. ☑ Additional determinate term (see CR-290).
8. ☐ Defendant was sentenced pursuant to ☐ PC 667(b)-(i) or PC 1170.12 ☐ PC 667.61 ☐ PC 667.7 ☐ other (specify):

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CR-292 [Rev. January 1, 2012] | **ABSTRACT OF JUDGMENT—PRISON COMMITMENT—INDETERMINATE** | Pen. Code,<br>§§ 1213, 1213.5 |

CR-292

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: OSUNA, JAIME

| BF139419A | -A | | -B | | -C | | -D |
|---|---|---|---|---|---|---|---|

9. FINANCIAL OBLIGATIONS (plus any applicable penalty assessments):

a. **Restitution Fines:**

Case A: $300.00 per PC 1202.4(b) forthwith per PC 2085.5; $300.00 per PC 1202.45 suspended unless parole is revoked.
$_____ per PC 1202.44 is now due, probation having been revoked.

Case B: $_____ per PC 1202.4(b) forthwith per PC 2085.5; $_____ per PC 1202.45 suspended unless parole is revoked.
$_____ per PC 1202.44 is now due, probation having been revoked.

Case C: $_____ per PC 1202.4(b) forthwith per PC 2085.5; $_____ per PC 1202.45 suspended unless parole is revoked.
$_____ per PC 1202.44 is now due, probation having been revoked.

Case D: $_____ per PC 1202.4(b) forthwith per PC 2085.5; $_____ per PC 1202.45 suspended unless parole is revoked.
$_____ per PC 1202.44 is now due, probation having been revoked.

b. **Restitution per PC 1202.4(f):**

Case A: $_____  ☑ Amount to be determined  to  ☑ victim(s)*  ☑ Restitution Fund
Case B: $_____  ☐ Amount to be determined  to  ☐ victim(s)*  ☐ Restitution Fund
Case C: $_____  ☐ Amount to be determined  to  ☐ victim(s)*  ☐ Restitution Fund
Case D: $_____  ☐ Amount to be determined  to  ☐ victim(s)*  ☐ Restitution Fund

☐ *Victim name(s), if known, and amount breakdown in item 12, below.  ☑ *Victim name(s) in probation officer's report.

c. **Fines:**

Case A: $_____ per PC 1202.5 $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes: ☐ $50 Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case B: $_____ per PC 1202.5 $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes: ☐ $50 Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case C: $_____ per PC 1202.5 $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes: ☐ $50 Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case D: $_____ per PC 1202.5 $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes: ☐ $50 Lab Fee per HS 11372.5(a) ☐ $_____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

d. **Court Security Fee:** $240.00 per PC 1465.8.    e. **Criminal Conviction Assessment:** $180.00 per GC 70373.

10. TESTING: a. ☐ Compliance with PC 296 verified   b. ☐ AIDS per PC 1202.1   c. ☐ other (specify):

11. REGISTRATION REQUIREMENT: ☐ per (specify code section): _____

12. Other orders (specify):
LIFE WITH POSSIBILITY OF PAROLE AFTER 7 YEARS AS TO COUNT 3

13. IMMEDIATE SENTENCING:
☐ Probation to prepare and submit post-sentence report to CDCR per PC 1203c.
Defendant's race/national origin: HISPANIC

14. EXECUTION OF SENTENCING IMPOSED
a. ☑ at initial sentencing hearing
b. ☐ at resentencing per decision on appeal
c. ☐ after revocation of probation
d. ☐ at resentencing per recall of commitment (PC 1170(d).)
e. ☐ other (specify):

15. CREDIT FOR TIME SERVED

| CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| A | SEE | CR | 290 | [ ] 2933  [ ] 2933.1  [ ] 4019 |
| B | | | | [ ] 2933  [ ] 2933.1  [ ] 4019 |
| C | | | | [ ] 2933  [ ] 2933.1  [ ] 4019 |
| D | | | | [ ] 2933  [ ] 2933.1  [ ] 4019 |

| Date Sentence Pronounced | | | Time Served in State Institution |
|---|---|---|---|
| 05 | 15 | 17 | DMH [ ]  CDC [ ]  CRC [ ] |

16. The defendant is remanded to the custody of the sheriff ☑ forthwith ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to ☑ the reception center designated by the director of the California Department of Corrections and Rehabilitation.
☐ other (specify):

CLERK OF THE COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE _H Rells_  Angela Rells    DATE: 05/15/17

CR-290 [Rev. January 1, 2012]    **ABSTRACT OF JUDGMENT—PRISON COMMITMENT—INDETERMINATE**    Page 2 of 2