Case 1:24-cv-00793-KES-SAB    Document 40    Filed 01/05/26    Page 1 of 3

FILED
JAN 05 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jamie Osuna BD0868<br>PO Box 3476,<br>Corcoran, CA 93212,<br><br>         Plaintiff,<br>v.<br><br>J. Burnes, et al,<br><br>         Defendants. | No. 1:24-cv-00793-KES-SAB<br><br>**NOTICE OF CURE OF SERVICE AND REQUEST TO DEEM SERVICE COMPLETE VIA CM/ECF/NEF ON CM/ECF-REGISTERED COUNSEL (L.R. 135; FED. R. CIV. P. 5)** |

Plaintiff files this Notice solely to prevent service disputes and delay and to clarify the service status of Plaintiff's docketed filings.

1. Defendants are represented by the California Attorney General's Office, and defense counsel of record are CM/ECF-registered users in this action.

2. Under Local Rule 135 and Fed. R. Civ. P. 5(b)(2)(E), service on CM/ECF-registered counsel is accomplished through the Court's CM/ECF Notice of Electronic Filing ("NEF") upon docketing.

3. Defendants have represented in their filed certificates of service in this case that CM/ECF-registered participants are served through the CM/ECF system. Plaintiff requests that service practice remain consistent with Local Rule 135 and Defendants' filed representations.

4. On December 29, 2025, Plaintiff received an off-docket letter from defense counsel asserting that Plaintiff must mail copies of filings to an Attorney General address specified in the letter and that filings would be treated as "defective" absent such mailing.

5. Plaintiff disputes that any Rule 5 filing is "defective" where it has been docketed by the Clerk and CM/ECF/NEF service issues to CM/ECF-registered counsel. Plaintiff does not waive any rights or concede any defect by filing this Notice.

6. For avoidance of doubt, the following filings were previously submitted to the Clerk, docketed, and entered in this action, and Plaintiff understands service was accomplished on CM/ECF-registered counsel through the Court's NEF upon docketing:

- ECF No. 32 (entered 12/12/2025)
- ECF No. 33 (entered 12/12/2025)
- ECF No. 34 (entered 12/16/2025)
- ECF No. 35 (entered 12/17/2025)

7. To the extent Defendants contend any docketed filing was not properly served, Plaintiff requests an order deeming service complete upon docketing through CM/ECF/NEF for all Rule 5 papers filed in this action on CM/ECF-registered counsel, and directing that Defendants not assert "defective service" or seek to strike filings based solely on Plaintiff's failure to mail duplicative paper copies where CM/ECF/NEF service occurred.

This Notice is limited to service procedure and does not seek merits determinations.

December 30, 2025

*[signature]*

p.p. Jamie Osuna BD0868

## DECLARATION OF JAMIE OSUNA

I, Jamie Osuna, declare:

1. I am Plaintiff in this action and am incarcerated. I am not a CM/ECF user and submit filings by mail to the Clerk for docketing.
2. On December 29, 2025, I received a letter from defense counsel stating I must mail copies of filings to an Office of the Attorney General address listed in the letter and asserting filings would be treated as "defective" absent such mailing.
3. My understanding is that once defense counsel has appeared and is CM/ECF-registered, service of Rule 5 filings is accomplished through the Court's CM/ECF Notice of Electronic Filing ("NEF") upon docketing under Local Rule 135.
4. I submit this declaration solely to support my request that the Court deem service complete via CM/ECF/NEF on CM/ECF-registered counsel and prevent service disputes

2

*Notice: Service Clarification*

from interfering with deadlines.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

December 30, 2025

p.p. Jamie Osuna BD0868