Rob Bonta, State Bar No. 202668
Attorney General of California
Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
Jeremy Duggan, State Bar No. 229854
Deputy Attorney General
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-6008
  Fax: (916) 324-5205
  E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Burnes, Alejo, Maytubby (Kyle), Loza, Navarro,
Pena, Romero, and Sanchez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JAMIE OSUNA,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**BURNES, et al.,**<br><br>                              Defendants. | 1:24-cv-00793 KES SAB<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION REGARDING PLAINTIFF'S MOTION TO CLARIFY SERVICE**<br><br>Judge:         The Honorable Stanley A. Boone<br>Action Filed: June 28, 2024 |

1

Defs.' Statement of Non-Opposition (1:24-cv-00793 KES SAB)

1 | Plaintiff Osuna seeks an order clarifying whether he can serve Defendants with filings after the complaint through the Court's CM/ECF system. (Pl.'s Mot. for Clarification at 1, ECF No. 39.) Defendants do not oppose the motion, and confirm that they can be served with filings after the complaint through the CM/ECF system.

Dated: January 12, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General


*/s/ Jeremy Duggan*

JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants*
*Burnes, Alejo, Maytubby (Kyle), Loza,*
*Navarro, Pena, Romero, and Sanchez*

SA2025305889
39570178.docx

2

Defs.' Statement of Non-Opposition (1:24-cv-00793 KES SAB)

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Osuna, Jamie (BD0868) v. Burnes, et al.** | No. | **1:24-cv-00793 KES SAB** |

I hereby certify that on <u>January 12, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **DEFENDANTS' STATEMENT OF NON-OPPOSITION REGARDING PLAINTIFF'S MOTION TO CLARIFY SERVICE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>January 12, 2026</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Jamie Osuna, BD0868
California State Prison - Corcoran
Facility 4A
P.O. Box 3476
Corcoran, CA  93212
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 12, 2026</u>, at Sacramento, California.

| K. Vitalie | */s/ K. Vitalie* |
|---|---|
| Declarant | Signature |

SA2025305889
39570287.docx