UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE OSUNA,<br><br>           Plaintiff,<br><br>     v.<br><br>J. BURNES, et al.,<br><br>           Defendants. | No.  1:24-cv-00793-KES-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO CLARIFY SERVICE<br><br>(ECF Nos. 39, 40) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On January 5, 2026, Plaintiff filed a motion seeking clarification as to whether he can serve Defendants with filings after the complaint through the Court's CM/ECF system.  (ECF Nos. 39, 40)  Defendants filed a statement of non-opposition on January 12, 2026.  (ECF No. 43.)

As stated in the Court's first informational order issued on July 9, 2024, "[o]nce an attorney for a defendant appears in a pro se plaintiff's civil rights action (by filing an answer, a motion to dismiss, a motion for summary judgment, etc.), that attorney's office will receive notice of all filings through the Court's electronic filing system (ECM/ECF). A pro se plaintiff need not serve documents on counsel for a defendant; the date of the electronic Notice from ECM/ECF is the date of service. Local Rule 135(a)."  (ECF No. 5 at 4:7-11.)  Thus, a pro se plaintiff need not

serve documents on counsel for a defendant.

As Defendants do not oppose Plaintiff's motions, and confirm that they can and have been served with filings after the complaint through the CM/ECF system, Plaintiff's motions for clarification are deemed resolved.

IT IS SO ORDERED.

Dated:  **January 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2