ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-6008
 Fax: (916) 324-5205
 E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Burnes, Alejo, Maytubby (Kyle), Loza, Navarro,*
*Pena, Romero, and Sanchez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JAMIE OSUNA,** | 1:24-cv-00793 KES SAB (PC) |
| Plaintiff, | **DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE A SUPPLEMENTAL REPLY** |
| v. | |
| **BURNES, et al.,** | Judge:      The Honorable Kirk E. Sherriff |
| Defendants. | Action Filed:   June 28, 2024 |

Plaintiff Osuna seeks leave to file a "limited supplemental reply" regarding the findings and recommendations on Defendants' motion to dismiss this matter. (Pl.'s Mot for Supplemental Reply, ECF No. 51.) Osuna provides no valid basis for this additional pleading. Instead, Osuna simply wants the last word. Osuna's desire for the last word is not a sufficient basis to grant leave for additional filings, and the motion should be denied.

I.    A SUPPLEMENTAL REPLY IS IMPROPER HERE.

Under Local Rule 304, a party may object to a magistrate judge's findings and recommendations within fourteen days after service of the findings and recommendations. (L.R. 304(b).) The other parties may then file a response to those objections within fourteen days after

1

service of the objections.  (L.R. 304(d).)  The rule does not contemplate any filing (such as a reply or supplement) after the response.  (L.R. 304.)

Here, the magistrate judge issued findings and recommendations (ECF No. 48), Plaintiff filed objections (ECF No. 49), and Defendants filed a response to those objections (ECF No. 50).

Plaintiff now moves to "supplement" his objections.  (*See* Pl.'s Mot. at 1, ECF No. 51.)  Plaintiff's motion essentially seeks to have the last word, similar to a request to file a surrpely to a motion.  Parties "do not have the right to file surreplies and motions are deemed submitted when the time to reply has expired."  *Miller v. Soto*, No. 1:20-cv-01117-AWI-SAB (PC), 2022 U.S. Dist. LEXIS 154986, at *1-2 (E.D. Cal. Aug. 29, 2022) (citing L.R. 230(*l*)).  Where a reply does not itself raise new issues, but instead only cites to the record and legal authorities to address "those new issues raised by Plaintiff in his opposition," a surreply is not warranted.  *Id.* (quoting *Garcia v. Biter*, 195 F.Supp.3d 1131, 1134 (E.D. Cal. 2016)).

Plaintiff asserts that his proposed supplemental reply is proper because Defendants' response to objections "raises new arguments concerning California Government Code [section] 954.3."  (Pl.'s Mot. at 1.)  Not so.  Defendants' response to objections simply cited to the record and legal authorities to address Plaintiff's erroneous argument (raised in his objections) that section 945.3 tolling can apply to the claims here.  (*See* Defs.' Response at 2-5, ECF No. 50.)  Defendants did not raise any new issues or evidence in their response to objections.  (*See generally id.*)

Plaintiff further asserts that a statement by Defendants in another matter, *Solares v. Diaz*, E.D. Cal. No 1:20-cv-00323 (a civil matter brought against California Department of Corrections and Rehabilitation employees by the family of decedent Romero) justifies a supplemental pleading from Plaintiff.  (Pl.'s Mot. at 1.)  Plaintiff does not provide any reason why that statement from another case raises a new issue in this one warranting a supplemental brief.  (*See id.*)  No new issues, facts, or legal authority have emerged since Plaintiff filed his objections, and accordingly supplemental briefing is improper.

/ / /

/ / /

2

## CONCLUSION

Osuna provides no valid basis to supplement his objections to the findings and recommendations.  His motion for leave to file a supplemental reply should be denied.

Dated:  April 20, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/ Jeremy Duggan*
JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants
Burnes, Alejo, Maytubby (Kyle), Loza,
Navarro, Pena, Romero, and Sanchez*

SA2025305889
39773355.docx

# CERTIFICATE OF SERVICE

Case Name:   **Osuna, Jamie (BD0868) v.**         No.   **1:24-cv-00793 KES SAB**
             **Burnes, et al. (PC)**

I hereby certify that on <u>April 20, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE A SUPPLEMENTAL REPLY**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>April 20, 2026</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Jamie Osuna
CDCR No.: BD0868
CSP - Corcoran
Facility 4A
P.O. Box 3476
Corcoran, CA  93212

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 20, 2026</u>, at Sacramento, California.

|                      |                       |
|----------------------|-----------------------|
| T. Farster           | */s/ T. Farster*      |
| Declarant            | Signature             |

SA2025305889
39791425.docx